**Jacqueline & Francis STOLL, Plaintiffs/Appellants,**

v.

**MISSOURI HIGHWAY & TRANSPORTATION COMMISSION, Defendant/Respondent.**

No. 58783.

Missouri Court of Appeals, Eastern District, Division Three.

June 11, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 23, 1991.

James M. Martin, St. Louis, for plaintiffs/appellants.

Paul R. Sterrett, Sr. Asst. Counsel, Kirkwood, for defendant/respondent.

### ORDER

PER CURIAM.

Plaintiffs appeal from the trial court's order entering summary judgment in favor of defendant in plaintiff's wrongful death action.

In 1987 this court ordered the trial court to enter summary judgment in favor of

defendant and issued a mandate. *State ex rel. Missouri Highway and Transportation Commission v. Ryan*, 741 S.W.2d 828 (Mo.App.1987). Relying upon *Wilkes v. Missouri Highway and Transportation Commission*, 762 S.W.2d 27 (Mo. banc. 1988), plaintiffs petitioned the trial court for "relief from judgment or to vacate final order in prohibition." The trial court denied the motion, stating that it was "without power to modify, alter, amend, or otherwise depart from the appellate judgment," citing *Davis v. J.C. Nichols Company*, 761 S.W.2d 735, 737 (Mo.App.1988). We agree.

No error of law appears, and an extended opinion would have no precedential value. Judgment is affirmed in accordance with Rule 84.16(b).